STATE of Missouri, Respondent,

v.

Terry T. WEST, Appellant.

No. WD 37623.

Missouri Court of Appeals,
Western District.

March 24, 1987.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied April 28, 1987.

Application to Transfer
Denied June 16, 1987.

Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

---

1. Respondent's motion to dismiss this proceeding is denied.

**542**

Before CLARK, C.J.P., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from jury conviction of second degree robbery and sentence of seven years.

Judgment affirmed. Rule 30.25(b).